UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SANDRA KRAUSE, Individually
and as Personal Representative of the
Estate of Matthew Thomas Krause,

    Plaintiff,                              Civil Action No. 12-cv-10265
                                              HON. BERNARD A. FRIEDMAN
vs.                                            MAG. JUDGE LAURIE J. MICHELSON

BRIAN D. JONES, et al.,

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Laurie J. Michelson's Report and Recommendation ("R&R") dated January 7, 2014 [docket entry 31]. Neither party has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Laurie J. Michelson's Report and Recommendation dated January 7, 2014, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendants' motion for attorney's fees is denied [docket entry 22].


Dated: February 10, 2014               _s/ Bernard A. Friedman_____
      Detroit, Michigan                  BERNARD A. FRIEDMAN
                                              SENIOR UNITED STATES DISTRICT JUDGE